433 A.2d 128

Commonwealth v. Long, Appellant.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order affirmed.